FILED
CLERK, U.S. DISTRICT COURT
1/19/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHAR KHAN<br><br>  Plaintiff,<br><br>  v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY, and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 2:19-cv-05726-PSG-PLA<br><br>**[PROPOSED] JUDGMENT GRANTING ALLSTATE NORTHBROOK INDEMNITY COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge. Philip S. Gutierrez<br>Courtroom 6A<br><br>~~**Hearing date**: January 25, 2021~~<br>~~**Hearing time:** 1:30 p.m.~~<br><br>Complaint Filed: April 17, 2019<br>Trial Date: March 2, 2021 |

-1-

1   After full consideration of the parties' arguments and evidence, and having granted the motion for summary judgment filed by defendant Allstate Northbrook Indemnity Company, the Court HEREBY ORDERS as follows:

1. Judgment is entered in favor of Allstate and against plaintiff Ashar Khan with respect to plaintiff's complaint and each and every claim for relief and request for damages alleged therein.

2. Each of plaintiff's claims for relief and requests for damages alleged in his complaint against Allstate is dismissed with prejudice.

3. Plaintiff is awarded no damages.

Dated: __01/19/21__, ~~2020~~

_____
PHILIP S. GUTIERREZ
United States District Court Judge